UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BEHZAD AMINI, <br><br>         Plaintiff, <br><br>    v. <br><br> CAROLYN COLVIN, Commissioner of Social Security, <br><br>         Defendant. | Case No. 13-cv-01984 NC <br><br> **ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED** |

On July 30, 2013, defendant filed an answer and a notice that the administrative record has been filed manually. Dkt. Nos. 9-10. Defendant also filed a proof of service indicating that the administrative transcript was served by first class mail on pro se plaintiff Behzad Amini on August 6, 2013. Dkt. No. 11. The Local Rules and the Procedural Order for Social Security Review issued in this case provide that plaintiff must serve and file a motion for summary judgment or remand within 28 days of receipt of defendant's answer. Dkt. No. 2; Civ. L.R. 16-5. Plaintiff has not filed a motion for summary judgment or for remand. "Failure to follow a district court's local rules is a proper ground for dismissal." *Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995). Accordingly, plaintiff has until February 14, 2014, to file a motion in compliance with Civil Local Rule 16-5 and to show cause in writing why this action should not be dismissed. Plaintiff's failure to respond will result in

Case No. 13-cv-01984 NC
ORDER TO SHOW CAUSE

1  dismissal of this case with prejudice.

2  IT IS SO ORDERED.

3  Date: January 17, 2014

_____
Nathanael M. Cousins
United States Magistrate Judge