# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| BEHZAD AMINI, | Case No. 13-cv-01984 NC |
| Plaintiff, | **SECOND ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED** |
| v. | |
| CAROLYN COLVIN, Commissioner of Social Security, | |
| Defendant. | |

On January 17, 2014, the Court issued an order giving plaintiff until February 14, 2014, to file a motion for summary judgment or remand in compliance with Civil Local Rule 16-5 and to show cause in writing why this action should not be dismissed. Dkt. No. 13. The Court also ordered plaintiff to consent or decline the jurisdiction of a magistrate judge by January 31, 2014. Dkt. No. 12. Plaintiff has not responded to the Court's orders. Plaintiff must respond to the order to show cause, Dkt. No. 13, and must consent or decline magistrate judge jurisdiction, by March 21, 2014. Plaintiff's failure to respond by the March 21, 2014, deadline will result in dismissal of this case with prejudice.

IT IS SO ORDERED.

Date: March 5, 2014

_____
Nathanael M. Cousins
United States Magistrate Judge

Case No. 13-cv-01984 NC
SECOND ORDER TO SHOW CAUSE