**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8

9

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

BEHZAD AMINI,

No. C 13-1984 SI

11

        Plaintiff,

**ORDER TO SHOW CAUSE**
**RE: DISMISSAL FOR FAILURE TO**
**PROSECUTE**

12

  v.

13

CAROLYN W. COLVIN,
Commissioner of Social Security

14

        Defendant.

                                    /

15

16

17       Plaintiff filed this action on April 30, 2013 and it was initially assigned to Magistrate Judge

18  Nathanael M. Cousins. Docket No. 1. Defendant filed an answer and a notice that the administrative

19  record was filed manually on July 30, 2013. Docket Nos. 9-10. Plaintiff was required to file a motion

20  for summary judgment or remand within 28 days of service of defendant's answer. As of the date of

21  this Order, no motion has been filed.

22       On January 17, 2014, Judge Cousins issued an order directing plaintiff to show cause why the

23  case should not be dismissed for failure to comply with Civil Local Rule 16-5. Docket No. 13. Plaintiff

24  did not respond to this order. On March 5, 2014, Judge Cousins issued a second order directing plaintiff

25  to show cause why the case should not be dismissed and directing plaintiff to consent or decline

26  magistrate judge jurisdiction. Docket No. 15. Plaintiff did not respond to this order, and thus did not

27  consent to magistrate judge jurisdiction; the case was reassigned to this Court on June 16, 2014. Docket

28  Nos. 16-17.

1    **Plaintiff is directed to SHOW CAUSE why this case should not be dismissed by filing a**

2    **motion for summary judgment or remand no later than August 15, 2014.  If plaintiff does not file**

3    **a motion by this date, the Court will dismiss this appeal for failure to prosecute without further**

4    **notice.**

5

6    **IT IS SO ORDERED.**

7

8    Dated: August 1, 2014

9                                                                        SUSAN ILLSTON
                                                                         UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2