IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BEHZAD AMINI,

    Plaintiff,

v.

CAROLYN COLVIN, Commissioner of Social Security,

    Defendant.

No. C 13-01984 SI

**ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE**

On August 1, 2014, the Court issued an Order to Show Cause informing plaintiff that he should file his motion for summary judgment or remand on or before **August 15, 2014**, or the Court would dismiss this action for failure to prosecute. Fed. R. Civ. P. 41(b). As of this date, plaintiff has not filed anything or contacted the Court to discuss the status of this action.

The Court, therefore, **DISMISSES** this action without prejudice for failure to prosecute. Judgment shall be entered accordingly and the Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: August 19, 2014

SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE