**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BEHZAD AMINI,

    Plaintiff,

v.

CAROLYN COLVIN, Commissioner of Social Security,

    Defendant.
                                            /

No. C 13-01984 SI

**JUDGMENT**

This action is dismissed without prejudice for failure to prosecute. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: August 19, 2014

_____
SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE